Youngblood, Lafferty & Sampoli, PA
Cornerstone Commerce Center
1201 New Road
Suite 230
Linwood, NJ  08221-1159

Tiffany C. Davis
655 Absecon Boulevard
Apartment 509
Atlantic City, NJ  08401

Superior Court of New Jersey
Atlantic County
Law Division
1201 Bacharach Boulevard
Atlantic City, NJ  08401

Lingo
PO Box 219
Fairfield, IA  52556

Atlanticare Behavioral Health
PO Box 1086
Pleasantville, NJ  08232