Form 154 – ntcabn72

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 13−22622−GMB
        Chapter: 7
        Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Muhammad A. Kaddus
   709 North Oxford Avenue
   Unit K−1
   Ventnor City, NJ 08406

Social Security No.:
   xxx−xx−5512

Employer's Tax I.D. No.:

**NOTICE OF PROPOSED ABANDONMENT**

    Douglas S. Stanger, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
    If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than November 5, 2014.
    In the event an objection is timely filed, a hearing will be held before the Honorable Gloria M. Burns on

DATE:           11/10/14
TIME:           10:00 a.m.
COURTROOM:   4C

    If no objection is filed with the Clerk and served upon the Trustee on or before November 5, 2014, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
709 North Oxford Avenue, Unit K−1
Ventnor, NJ 08406
FMV: $61,518.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
$6,682.00
Dream Bay Condo. Assoc,
$31,691.00
EMC Mortgage
$1.00
Phelan Hallinan and Schmieg
$123,275.00
Suntrus Bank

The amount of equity claimed as exempt by the debtor is:
0

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
Douglas S. Stanger
Flaster/Greenberg
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645−1881

    or the trustee's attorney (if applicable) at:
Douglas S. Stanger
Flaster/Greenberg
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645−1881

Dated: October 21, 2014
JJW:

                      James J. Waldron
                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Muhammad A. Kaddus  
Debtor

Case No. 13-22622-GMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: jlieze    Page 1 of 2    Date Rcvd: Oct 21, 2014
                       Form ID: 154    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2014.

```
db          #+Muhammad A. Kaddus,    709 North Oxford Avenue,    Unit K-1,    Ventnor City, NJ 08406-1458
aty          +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
cr           +SUNTRUST MORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
514253546   ++ATLANTICARE BEHAVIORAL HEALTH,    6550 DELILAH ROAD BUILDING 300,    SUITE 301,
               EGG HARBOR TOWNSHIP NJ 08234-5102
              (address filed with court:  Atlanticare Behavioral Health,    PO Box 1086,
               Pleasantville, NJ  08232)
513991392    +Atlantic County Special Civil Part,    1201 Bacharach Boulevard,    Atlantic City, NJ 08401-4510
513991394   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998)
513991395    +Chase,   PO Box 24696,    Columbus, OH 43224-0696
513991397    +Dream Bay Condominium Association,    PO Box 61448,    Phoenix, AZ 85082-1448
513991398     EMC Mortgage,    800 State Highway 12,    Lewisville, TX 75067
513991399    +HSBC,   PO Box 5253,    Carol Stream, IL 60197-5253
514253545    +Lingo,    PO Box 219,    Fairfield, IA 52556-0004
513991400    +McAllister Hyberg et al,    2111 New Road,    Northfield, NJ 08225-1547
513991402    +Phelan Hallinan & Schmieg,    400 Fellowship Road,    Suite 100,    Mount Laurel, NJ 08054-3437
513991403    +Suntrust Bank,    PO Box 27161,    Richmond, VA 23261-7161
514253544    +Superior Court of New Jersey,    Atlantic County,    Law Division,    1201 Bacharach Boulevard,
               Atlantic City, NJ 08401-4510
514253543   #+Tiffany C. Davis,    655 Absecon Boulevard,    Apartment 509,    Atlantic City, NJ 08401-2567
513991404    +Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
514253542    +Youngblood, Lafferty & Sampoli, PA,    Cornerstone Commerce Center,    1201 New Road,    Suite 230,
               Linwood, NJ 08221-1154
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          +E-mail/Text: leah.bynon@usdoj.gov Oct 21 2014 22:27:18     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 21 2014 22:27:12     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
513991391    +E-mail/Text: STEWARM@GOABCO.ORG Oct 21 2014 22:28:28     ABCO FCU,    PO Box 247,
               Rancocas, NJ 08073-0247
513991396     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2014 22:31:13     Discover,    PO Box 15316,
               Wilmington, DE 19850
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513991401      Md A. Chowdhury
513991393   ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2014                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: jlieze              Page 2 of 2              Date Rcvd: Oct 21, 2014
                                  Form ID: 154              Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2014 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    SUNTRUST MORTGAGE, INC. nj.bkecf@fedphe.com
              Brian S. Thomas    on behalf of Debtor Muhammad A. Kaddus brian@brianthomaslaw.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Jennifer R. Gorchow    on behalf of Creditor    SUNTRUST MORTGAGE, INC. nj.bkecf@fedphe.com,
               Erika.olsen@fedphe.com
                                                                                             TOTAL: 5
```